Ferris C. CASSIUS

v.

UNITED STATES of America.

No. 6507.

United States Court of Appeals
Tenth Circuit.

Nov. 21, 1960.

Douglas G. McKinnon, Denver, Colo.,
for appellant.

Donald G. Brotzman, U. S. Atty., and
Jack K. Anderson, Asst. U. S. Atty., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and
BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed for failure of appellant diligently to prosecute.

Gerald M. GREENBERG

v.

SECURITIES AND EXCHANGE
COMMISSION.

No. 6553.

United States Court of Appeals
Tenth Circuit.

Nov. 21, 1960.

Albert Brenman and Ellis J. Sobol,
Denver, Colo., for petitioner.

Thomas G. Meeker, General Counsel,
Joseph B. Levin, Asst. General Counsel,
and George P. Michaely, Jr., Attorney,
Securities and Exchange Commission,
Washington, D. C., for respondent.

Before MURRAH, Chief Judge, and
BREITENSTEIN, Circuit Judge.

PER CURIAM.

Petition for review dismissed on motion of petitioner. See also, 283 F.2d 773.

W. E. RIGGS, Jr.,

v.

ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY, a corporation, et al.

No. 6399.

United States Court of Appeals
Tenth Circuit.

Dec. 20, 1960.

Stubbs & Douglas, Oklahoma City,
Okl., for appellant.

Franklin & Harmon, Oklahoma City,
Okl., James L. Homire, St. Louis, Mo.,
and Robert D. Looney, Oklahoma City,
Okl., for appellee.

Before MURRAH, Chief Judge, and
BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed for failure of appellant diligently to prosecute.

Valeska E. KAUTZ and William A.
Buchholz,

v.

Claudia BUCHHOLZ.

No. 6511.

United States Court of Appeals
Tenth Circuit.

Dec. 20, 1960.

Edwin Whitney Burch and William
Bevers, Oklahoma City, Okl., for appellants.

Claude E. Love and Grey W. Satterfield, Jr., Oklahoma City, Okl., for appellee.

Before MURRAH, Chief Judge, and
BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of parties.